UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:01-cr-14-T-23MAP
     8:05-cv-1141-T-23MAP

IAN McLEAN
                                                                /

**O R D E R**

McLean's motion to vacate sentence (Doc. 150 in 8:01-cr-14-T-23 and Doc. 1 in 8:05-cv-955-T-23) was dismissed (Doc. 155) because the Eleventh Circuit Court of Appeals has not applied *United States v. Booker*, ___ U.S. ___, 125 S. Ct. 738 (2005), retroactively to cases on collateral review. *See In re Anderson*, 396 F.3d 1336, 1339 (11th Cir. 2005) ("Regardless of whether *Booker* established a 'new rule of constitutional law' within the meaning of §§ 2244(b)(2)(A) and 2255, the Supreme Court has not expressly declared *Booker* to be retroactive to cases on collateral review."). McLean has filed another copy of the same motion to vacate sentence,[*] which has caused the issuance of another civil case number.

Accordingly, the motion to vacate sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **STRICKEN** as a duplicate of the motion previously filed and rejected

---

[*] The only difference is that the prior motion to vacate sentence was undated whereas the new motion is dated. The date is of no significance.

(Doc. 150 in 8:01-cr-14-T-23 and Doc. 1 in 8:05-cv-955-T-23).  The clerk shall **ENTER A JUDGMENT** against McLean and **CLOSE** this action.

ORDERED in Tampa, Florida, on June 21, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro